**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000013
13-APR-2022
07:57 AM
Dkt. 57 OGMD**

NO. CAAP-21-0000013

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

TRINKA ZWEIG, Plaintiff-Appellee,

v.

GREGORY BRAYMEN, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 2DRC-20-00001252)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of Plaintiff-Appellee Trinka Zweig's March 30, 2022 Motion to Dismiss Appeal (**Motion**), the papers in support, Defendant-Appellant Gregory Braymen's April 7, 2022 Statement of No Opposition, and the record,

IT IS HEREBY ORDERED that the Motion is granted and the appeal is dismissed, due to mootness, pursuant to Hawai'i Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawai'i, April 13, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge